FANNIE S. POLEP, administratrix, *vs.* JOSEPH P. MANNING
& another.

Suffolk.   November 5, 1936. — November 9, 1936.

Present: RUGG, C.J., FIELD, DONAHUE, & QUA, JJ.

*Equity Pleading and Practice*, Master: findings; Appeal.

A decree dismissing a bill in equity, after confirmation of the report of a
master containing no report of evidence and findings adverse to the
plaintiff which were clear and not contradictory, was affirmed.

BILL IN EQUITY, filed in the Superior Court on May 14,
1934, and afterwards amended.

After reference to and report by a master, the suit was
heard by *Swift*, J., by whose order there were entered an
interlocutory decree overruling exceptions to the master's
report and confirming the report, and a final decree dis-
missing the bill.  The plaintiff appealed.

*F. S. Polep, pro se.*

*S. B. LeVine,* for the defendants.

BY THE COURT.   This is a suit in equity whereby the
plaintiff seeks an accounting, discovery and general relief.
The bill of complaint sets forth transactions between the
plaintiff's intestate and the defendants and charges that
large indebtedness is due from them to his estate.  The case
was referred to a master under a rule which required him
to find the facts and report his findings to the court.  The
evidence is not reported.  Therefore the findings of fact
made by the master must be accepted as true.  *Glover* v.
*Waltham Laundry Co.* 235 Mass. 330, 334.  The findings are
not inconsistent or contradictory or plainly wrong.  The
report of the master is straightforward and unequivocal.
As to the essential allegations of the bill the findings are all
adverse to the plaintiff.  It would be vain to recount the
facts because they present no question of law.  A decree
was entered dismissing the bill.  There is no ground in law

for reversing that decree. *O'Brien* v. *Gove*, 208 Mass. 325. *Lovell* v. *Commonwealth Thread Co. Inc.* 280 Mass. 243, 246. *Birch* v. *Arnold & Sears, Inc.* 288 Mass. 125, 136.

*Decree affirmed with costs.*